AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Berg, Terrence G. | United States District Court, Eastern District of Michigan | 09/18/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge | ☐ Nomination    Date <br> ☐ Initial   ☑ Annual   ☐ Final <br><br> 5b. ☑ Amended Report | 01/01/2014 <br> to <br> 12/31/2014 |

**7. Chambers or Office Address**

United States Courthouse
600 Church Street
Flint, Michigan 48502

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member, Board of Directors | Catholic Lawyers' Society of Detroit |
| 2. | Member, Board of Directors | Historical Society for the United States District Court for the Eastern District of Michigan |
| 3. | Member, Board of Trustees | Legacy DMC |
| 4. | Member, Committee on United States Courts | Michigan State Bar |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berg, Terrence G. | 09/18/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | Gesu Catholic School Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Columbia School of Law and Student Chapter of American Constitution Society | October 24-27, 2014 | New York, New York | Speaking Engagement "View from the Bench" -- to law students | transporation, lodging, food |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berg, Terrence G. | 09/18/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berg, Terrence G. | 09/18/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Virtus Global Growth Income Fund C | A | Dividend | J | T | | | | | |
| 2. Coca Cola Enterprises | A | Dividend | J | T | | | | | |
| 3. Michigan 529-Aggressive Age Based Option Age 18+ Number 1 | A | Distribution | | | Distributed | 01/06/14 | J | | |
| 4. Michigan 529-Moderate Age Based Option Age 18+ Number 2 | D | Distribution | J | T | Distributed (part) | 01/07/14 | J | | |
| 5. | | | | | Distributed (part) | 07/29/14 | J | | |
| 6. | | | | | Distributed (part) | 12/29/14 | J | | |
| 7. Michigan 529-Moderate Age Based Option Age 16 Number 3 | D | Dividend | K | T | | | | | |
| 8. Peoples Trust Credit Union Accounts | A | Int./Div. | K | T | | | | | |
| 9. Midland National Life Insurance Whole Life Policy X | D | Interest | K | T | | | | | |
| 10. IRA-Fidelity Investment ITS Asset Management, LP X | B | Dividend | K | T | | | | | |
| 11. - Alliance Bernstein High Income Class A | | | | | Buy (add'l) | 01/15/14 | J | | |
| 12. | | | | | Sold (part) | 10/10/14 | J | | |
| 13. - Blackrock Heath Sciences Opp Prt A | | | | | Sold | 01/15/14 | J | | |
| 14. - Columbia Bond Class Z | | | | | Sold | 01/15/14 | J | | |
| 15. - Columbia U.S. Govt Mortgage Class A | | | | | Sold | 01/15/14 | J | | |
| 16. - Fidelity International Discovery | | | | | Sold | 04/10/14 | J | | |
| 17. - Fidelity Cash Reserves | | | | | Buy | 01/16/14 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berg, Terrence G. | 09/18/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 07/11/14 | J | | |
| 19. | | | | | Sold (part) | 10/14/14 | J | | |
| 20. - Fidelity Cash Fund | | | | | Sold (part) | 01/15/14 | J | | |
| 21. | | | | | Buy (add'l) | 01/15/14 | K | | |
| 22. | | | | | Sold (part) | 01/16/14 | J | | |
| 23. | | | | | Buy (add'l) | 04/10/14 | J | | |
| 24. | | | | | Sold (part) | 04/10/14 | J | | |
| 25. | | | | | Sold (part) | 07/10/14 | J | | |
| 26. | | | | | Buy (add'l) | 07/10/14 | J | | |
| 27. | | | | | Buy (add'l) | 07/11/14 | J | | |
| 28. | | | | | Sold (part) | 10/10/14 | K | | |
| 29. | | | | | Buy (add'l) | 10/10/14 | K | | |
| 30. | | | | | Buy (add'l) | 10/14/14 | J | | |
| 31. - Fidelity Total Bond | | | | | Sold (part) | 01/15/14 | J | | |
| 32. - Fidelity Government Secs LP | | | | | Sold | 01/15/14 | J | | |
| 33. - Fidelity Strategic Income | | | | | Sold | 10/10/14 | J | | |
| 34. - First Eagle Gold Class A | | | | | Sold | 10/10/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berg, Terrence G. | 09/18/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Goldman Sachs Strategic Income Fund Class A | | | | | Sold | 07/10/14 | J | | |
| 36. - Oakmark International Class 1 | | | | | Sold | 07/10/14 | J | | |
| 37. - JP Morgan Core Bond Fund Class A | | | | | Sold | 01/15/14 | J | | |
| 38. - PIMCO Diversified Income Fund Class D | | | | | Sold | 01/15/14 | J | | |
| 39. - Rydex Inverse S&P 500 Strategy Inv | | | | | Sold | 01/15/14 | J | | |
| 40. - Rydex Health Care Investor Class | | | | | Sold | 04/10/14 | J | | |
| 41. - TCW Total Return Bond Class N | | | | | Sold | 10/10/14 | J | | |
| 42. - Transamerica Short Term Bond Class A | | | | | Sold | 01/15/14 | J | | |
| 43. - Mainstay Marketfield A | | | | | Buy | 01/15/14 | J | | |
| 44. | | | | | Sold | 07/10/14 | J | | |
| 45. - Mainstay Unconstrained Bond A | | | | | Buy | 01/15/14 | J | | |
| 46. | | | | | Sold | 10/10/14 | J | | |
| 47. - Putnam Capital Spectrum A | | | | | Buy | 01/15/14 | J | | |
| 48. | | | | | Buy (add'l) | 04/10/14 | J | | |
| 49. | | | | | Buy (add'l) | 10/10/14 | J | | |
| 50. - Putnam Diversified Income A | | | | | Buy | 01/15/14 | J | | |
| 51. | | | | | Buy (add'l) | 10/10/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berg, Terrence G. | 09/18/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Federated World Int'l Leaders A | | | | | Buy | 03/10/14 | J | | |
| 53. | | | | | Sold | 10/10/14 | J | | |
| 54. - Loomis Sayles Strategic Inc A | | | | | Buy | 07/10/14 | J | | |
| 55. - Ivy Int'l Core Equity Y | | | | | Buy | 07/10/14 | J | | |
| 56. | | | | | Sold | 10/10/14 | J | | |
| 57. - Dreyfus MidCap Index | | | | | Buy | 07/10/14 | J | | |
| 58. | | | | | Sold (part) | 10/10/14 | J | | |
| 59. - Fidelity Natural Gas | | | | | Buy | 07/10/14 | J | | |
| 60. | | | | | Sold | 10/10/14 | J | | |
| 61. - Rydex NASDAQ 100 Adv | | | | | Buy | 10/10/14 | J | | |
| 62. - Fidelity Spartan 500 Index Inv | | | | | Buy | 10/10/14 | J | | |
| 63. - Fidelity Spartan Long Term Treasury Bond Index Initial | | | | | Buy | 10/10/14 | J | | |
| 64. - Janus Global Life Sciences T | | | | | Buy | 10/10/14 | J | | |
| 65. - Oakmark Select I | | | | | Buy | 10/10/14 | J | | |
| 66. - Black Rock Total Return A | | | | | Buy | 10/10/14 | J | | |
| 67. | | | | | | | | | |
| 68. Allianz Vision Deferred Variable Annuity X | B | Dividend | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berg, Terrence G. | 09/18/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - AZL T. Rowe Price Capital App | | | | | Sold (part) | 02/18/14 | J | | |
| 70. | | | | | Buy (add'l) | 02/18/14 | J | | |
| 71. | | | | | Sold (part) | 05/18/14 | J | | |
| 72. | | | | | Buy (add'l) | 05/18/14 | J | | |
| 73. | | | | | Sold (part) | 08/18/14 | J | | |
| 74. | | | | | Buy (add'l) | 08/18/14 | J | | |
| 75. | | | | | Sold (part) | 11/18/14 | J | | |
| 76. | | | | | Buy (add'l) | 11/18/14 | J | | |
| 77. - AZL MS Mid Cap Growth | | | | | Sold (part) | 02/18/14 | J | | |
| 78. | | | | | Buy (add'l) | 02/18/14 | J | | |
| 79. | | | | | Sold (part) | 05/18/14 | J | | |
| 80. | | | | | Buy (add'l) | 05/18/14 | J | | |
| 81. | | | | | Sold (part) | 08/18/14 | J | | |
| 82. | | | | | Buy (add'l) | 08/18/14 | J | | |
| 83. | | | | | Sold (part) | 11/18/14 | J | | |
| 84. | | | | | Buy (add'l) | 11/18/14 | J | | |
| 85. - AZL Franklin Templeton FS Plus | | | | | Sold (part) | 02/18/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berg, Terrence G. | 09/18/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | | Buy (add'l) | 02/18/14 | J | | |
| 87. | | | | | | Sold (part) | 05/18/14 | J | | |
| 88. | | | | | | Buy (add'l) | 05/18/14 | J | | |
| 89. | | | | | | Sold (part) | 08/18/14 | J | | |
| 90. | | | | | | Buy (add'l) | 08/18/14 | J | | |
| 91. | | | | | | Sold (part) | 11/18/14 | J | | |
| 92. | | | | | | Buy (add'l) | 11/18/14 | J | | |
| 93. - AZL BlackRock Cap Appreciation | | | | | | Sold (part) | 02/18/14 | J | | |
| 94. | | | | | | Buy (add'l) | 02/18/14 | J | | |
| 95. | | | | | | Sold (part) | 05/18/14 | J | | |
| 96. | | | | | | Buy (add'l) | 05/18/14 | J | | |
| 97. | | | | | | Sold (part) | 08/18/14 | J | | |
| 98. | | | | | | Buy (add'l) | 08/18/14 | J | | |
| 99. | | | | | | Sold (part) | 11/18/14 | J | | |
| 100. | | | | | | Buy (add'l) | 11/18/14 | J | | |
| 101. - Franklin Mutual Shares VIP | | | | | | Sold (part) | 02/18/14 | J | | |
| 102. | | | | | | Buy (add'l) | 02/18/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berg, Terrence G. | 09/18/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold (part) | 05/18/14 | J | | |
| 104. | | | | | Buy (add'l) | 05/18/14 | J | | |
| 105. | | | | | Sold (part) | 08/18/14 | J | | |
| 106. | | | | | Buy (add'l) | 08/18/14 | J | | |
| 107. | | | | | Sold (part) | 11/18/14 | J | | |
| 108. | | | | | Buy (add'l) | 11/18/14 | J | | |
| 109. - AZL MFS MCap Value Fund | | | | | Sold (part) | 02/18/14 | J | | |
| 110. | | | | | Buy (add'l) | 02/18/14 | J | | |
| 111. | | | | | Sold (part) | 05/18/14 | J | | |
| 112. | | | | | Buy (add'l) | 05/18/14 | J | | |
| 113. | | | | | Sold (part) | 08/18/14 | J | | |
| 114. | | | | | Buy (add'l) | 08/18/14 | J | | |
| 115. | | | | | Sold (part) | 11/18/14 | J | | |
| 116. | | | | | Buy (add'l) | 11/18/14 | J | | |
| 117. - PIMCO VIT All Asset | | | | | Sold (part) | 02/18/14 | J | | |
| 118. | | | | | Buy (add'l) | 02/18/14 | J | | |
| 119. | | | | | Sold (part) | 05/18/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berg, Terrence G. | 09/18/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 05/18/14 | J | | |
| 121. | | | | | Sold (part) | 08/18/14 | J | | |
| 122. | | | | | Buy (add'l) | 08/18/14 | J | | |
| 123. | | | | | Sold (part) | 11/18/14 | J | | |
| 124. | | | | | Buy (add'l) | 11/18/14 | J | | |
| 125. - PIMCO VIT Real Return | | | | | Sold (part) | 02/18/14 | K | | |
| 126. | | | | | Buy (add'l) | 02/18/14 | K | | |
| 127. | | | | | Sold (part) | 05/18/14 | K | | |
| 128. | | | | | Buy (add'l) | 05/18/14 | K | | |
| 129. | | | | | Sold (part) | 08/18/14 | K | | |
| 130. | | | | | Buy (add'l) | 08/18/14 | K | | |
| 131. | | | | | Sold (part) | 11/18/14 | K | | |
| 132. | | | | | Buy (add'l) | 11/18/14 | K | | |
| 133. - AZL S&P 500 Index | | | | | Sold (part) | 02/18/14 | J | | |
| 134. | | | | | Buy (add'l) | 02/18/14 | J | | |
| 135. | | | | | Sold (part) | 05/18/14 | J | | |
| 136. | | | | | Buy (add'l) | 05/18/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berg, Terrence G. | 09/18/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold (part) | 08/18/14 | J | | |
| 138. | | | | | Buy (add'l) | 08/18/14 | J | | |
| 139. | | | | | Sold (part) | 11/18/14 | J | | |
| 140. | | | | | Buy (add'l) | 11/18/14 | J | | |
| 141. - PIMCO VIT Total Return | | | | | Sold (part) | 02/18/14 | K | | |
| 142. | | | | | Buy (add'l) | 02/18/14 | K | | |
| 143. | | | | | Sold (part) | 05/18/14 | K | | |
| 144. | | | | | Buy (add'l) | 05/18/14 | K | | |
| 145. | | | | | Sold (part) | 08/18/14 | K | | |
| 146. | | | | | Buy (add'l) | 08/18/14 | K | | |
| 147. | | | | | Sold (part) | 11/18/14 | K | | |
| 148. | | | | | Buy (add'l) | 11/18/14 | K | | |
| 149. - Templeton Global Bond VIP Fund | | | | | Sold (part) | 02/18/14 | J | | |
| 150. | | | | | Buy (add'l) | 02/18/14 | J | | |
| 151. | | | | | Sold (part) | 05/18/14 | J | | |
| 152. | | | | | Buy (add'l) | 05/18/14 | J | | |
| 153. | | | | | Sold (part) | 08/18/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berg, Terrence G. | 09/18/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 08/18/14 | J | | |
| 155. | | | | | Sold (part) | 11/18/14 | J | | |
| 156. | | | | | Buy (add'l) | 11/18/14 | J | | |
| 157. - AZL JPM International Opportunities | | | | | Sold (part) | 02/18/14 | J | | |
| 158. | | | | | Buy (add'l) | 02/18/14 | J | | |
| 159. | | | | | Sold (part) | 05/18/14 | J | | |
| 160. | | | | | Buy (add'l) | 05/18/14 | J | | |
| 161. | | | | | Sold (part) | 08/18/14 | J | | |
| 162. | | | | | Buy (add'l) | 08/18/14 | J | | |
| 163. | | | | | Sold (part) | 11/18/14 | J | | |
| 164. | | | | | Buy (add'l) | 11/18/14 | J | | |
| 165. - AZL INV International Equity | | | | | Sold (part) | 02/18/14 | J | | |
| 166. | | | | | Buy (add'l) | 02/18/14 | J | | |
| 167. | | | | | Sold (part) | 05/18/14 | J | | |
| 168. | | | | | Buy (add'l) | 05/18/14 | J | | |
| 169. | | | | | Sold (part) | 08/18/14 | J | | |
| 170. | | | | | Buy (add'l) | 08/18/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berg, Terrence G. | 09/18/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold (part) | 11/18/14 | J | | |
| 172. | | | | | Buy (add'l) | 11/18/14 | J | | |
| 173. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berg, Terrence G. | 09/18/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

This amended report is in response to a letter dated September 2, 2015 from the Committee. The letter indicated that I listed certain assets in my 2013 disclosure report in Part VII on lines 47, 50, 51, 53, 55, and 57 that were not listed in my 2014 report. I have obtained the trading records from the account where these assets were held, which indicate that the assets listed in my 2013 report in lines 47, 51, 53, and 55 were actually "sold out" on 7/10/13. I had incorrectly recorded these assets as "sold-part" on 7/10/13 in my report. As to the asset listed on my 2013 disclosure report in line 57, it was listed as "sold-part" on 7/10/13, but the records show it was "sold out" on 4/10/13. Because these assets were not held during 2014, they were not listed on my 2014 disclosure report. One of the assets, listed on line 50 of my 2013, was still held during 2014, but was sold out on 1/15/14. Consequently, I have amended my 2014 report to reflect this transaction. Please accept this amended report in response to the Committee's letter of September 2, 2015.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Terrence G. Berg**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544